| | |
|---|---|
| 1 | Michael St. James, CSB No. 95653<br>St. James Law, P.C. |
| 2 | 155 Montgomery Street, Suite 1004<br>San Francisco, California  94104 |
| 3 | (415) 391-7566 Telephone<br>(415) 391-7568 Facsimile |
| 4 | michael@stjames-law.com |
| 5 | |
| 6 | Counsel for William "Boots" Del Biaggio |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Case No.  08-31002 |
| | ) | Chapter 11 |
| BDB MANAGEMENT III, LLC | ) | |
| Debtor. | ) | |
| | ) | |

**Notice of Appearance and**
**Request for Special Notice**

TO:     Parties in Interest

PLEASE TAKE NOTICE THAT William "Boots" Del Biaggio requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to his counsel as follows:

> Michael St. James, Esq.
> St. James Law, P.C.
> 155 Montgomery Street, Suite 1004
> San Francisco, California  94104
> (415) 391-7566 Telephone
> (415) 391-7568 Facsimile
> ecf@stjames-law.com

DATED:  June 8, 2008                    ST. JAMES LAW, P.C.


                                        By: /s/  *Michael St James*  .
                                             Michael St. James
                                        Counsel for William "Boots" Del Biaggio