Lawrence M. Schwab, Esq. - Bar No. 085600
Patrick M. Costello, Esq. - Bar No. 117205
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Interested Party
David J. Hengehold

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re ) Case No. 08-31002
)
BDB Management III, LLC, ) Chapter 11
)
)
Debtor. ) **NOTICE OF APPEARANCE AND**
) **REQUEST FOR SPECIAL NOTICE**
)

      Bialson, Bergen & Schwab hereby enters its appearance on behalf of David J. Hengehold, an Interested Party in the above-entitled bankruptcy case. Furthermore, Bialson, Bergen & Schwab hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, any creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on the following:

| | |
|---|---|
| Lawrence M. Schwab, Esq. | John W. (Jay) Fowler, Esq. |
| Patrick M. Costello, Esq. | Bergeson, LLP |
| Bialson, Bergen & Schwab | 303 Almaden Blvd., Suite 500 |
| 2600 El Camino Real, Suite 300 | San Jose, CA 95110-2712 |
| Palo Alto, CA 94306 | Telephone: 408 291-6200 |
| Telephone: (650) 857-9500 | Facsimile: 408 297-6000 |
| Facsimile: (650) 494-2738 | Email: jfowler@be-law.com |
| Email: pcostello@bbslaw.com | |

Dated: June 12, 2008                BIALSON, BERGEN & SCHWAB

                                        By: /s/ Patrick M. Costello
                                        PATRICK M. COSTELLO, ESQ.,
                                        Attorneys for David J. Hengehold