Meryl Macklin (CA State Bar No. 115053)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
meryl.macklin@hro.com

Attorneys for AEG Facilities, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re

BDB MANAGEMENT III, LLC

CASE NO. 08-31002

Chapter 11

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST**

PLEASE TAKE NOTICE that Holme Roberts & Owen, on behalf of AEG Facilities, Inc. ("AEG"), a party in interest, in the above-captioned Chapter 11 case, hereby requests that all notices given or required to be given in this case to creditors, any creditors, committee, or any other party in interest (Bankruptcy Rules 2002(a), (b), (c) and (f) and Bankruptcy Rule 9007), whether sent by the Court, the debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter be served on AEG and Holme Roberts & Owen, attorneys for AEG, at the address listed below and that, pursuant to Bankruptcy rules 2002(g) and 9007, the following be added to the Court's master mailing list:

1 | Meryl Macklin, Esq.
2 | Holme Roberts & Owen, LLP
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105

4   PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and
5 papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of
6 any application, complaint dismissal, hearing, motion, pleading, plan, disclosure statement or
7 request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

8   Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is
9 intended to waive any rights including: (i) AEG's right to have final orders in non-core matters
10 entered only after de novo review by a district court judge; (ii) AEG's right to a jury trial in any
11 proceeding; (iii) AEG's right to have the reference withdrawn by the District Court in any matter
12 subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims,
13 actions, defenses, reclamations, setoffs, or recoupments to which AEG is or may be entitled under
14 any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations,
15 setoffs, and recoupments AEG expressly reserves. AEG does not, by filing this Request, submit to
16 the jurisdiction of this Court, or any other Court, in this case.

Dated: 6-18-08

HOLME ROBERTS & OWEN LLP

By: _____
Meryl Macklin
Attorneys for AEG Facilities, Inc.

#38304 v1

Case: 08-31002   Doc# 27   Filed: 06/18/08   Entered: 06/20/08 09:10:27   Page 2 of 5

# PROOF OF SERVICE
## 1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 25th floor, San Francisco, California 94105-2994.

On June 11, 2008, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Judith Whitman<br>Diemer, Whitman and Cardosi<br>75 E. Santa Clara St.<br>San Jose, CA 95113<br>(408) 971-6270<br>Email: jwhitman@diemerwhitman.c | *Attorney for Debtor, BDB Management, LLC* |
| Michael St. James<br>St. James Law<br>155 Montgomery St. #1004<br>San Francisco, CA 94104 | *Attorney for Interested Party William James "Boots" Del Biaggio, III* |
| U.S. Trustee<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104 | *U.S. Trustee* |
| G. Larry Engel<br>Vincent J. Novak<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>LEngel@mofo.com; VNovak@mofo.com | *Attorneys for Creditor Sand Hill Ventures, LLC, Power Play Real Estate Management, LLC and First Pitch, LLC* |

1

PROOF OF SERVICE
In re BDB Management III, LLC.
Case No. 08-31002

#38303 v1

| | |
|---|---|
| Lawrence M. Schwab, Esq.<br>Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>pcostello@bbslaw.com | *Attorneys for Interested Party David J. Hengehold.* |
| Jay M. Goffman<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>jay.goffman@skadden.com | *Attorneys for Creditor Warren C. Woo* |
| Nick P. Saggese<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>nick.saggese@skadden.com | *Attorneys for Creditor Warren C. Woo* |

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

Executed on June 11, 2008, at San Francisco, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2
PROOF OF SERVICE
In re BDB Management III, LLC.
Case No. 08-31002

#38303 v1

Case: 08-31002   Doc# 27   Filed: 06/18/08   Entered: 06/20/08 09:10:27   Page 4 of 5

_____
Kelly S. Gerrish

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
PROOF OF SERVICE
In re BDB Management III, LLC.
Case No. 08-31002

#38303 v1