Meryl Macklin (CA State Bar No. 115053)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
meryl.macklin@hro.com


Lawrence Bass (CA State Bar No. 60527)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
Telephone:   (303) 861-7000
Facsimile:    (303) 866-0200
lawrence.bass@hro.com

Attorneys for AEG Facilities, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In Re | CASE NO. 08-31002 |
|---|---|
| BDB MANAGEMENT III, LLC | Chapter 11 |
| | **AMENDED REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MASTER MAILING LIST** |

PLEASE TAKE NOTICE that Holme Roberts & Owen, on behalf of AEG Facilities, Inc. ("AEG"), a party in interest, in the above-captioned Chapter 11 case, hereby amends its request that all notices given or required to be given in this case to creditors, any creditors, committee, or any other party in interest (Bankruptcy Rules 2002(a), (b), (c) and (f) and Bankruptcy Rule 9007), whether sent by the Court, the debtor, any trustee, or any other party in this case, and all papers

1

Amended Request for Special Notice
In re BDB MANAGEMENT III, LLC
Case No. 08-31002

#38302 v2
Case: 08-31002    Doc# 50    Filed: 07/14/08    Entered: 07/14/08 18:18:12    Page 1 of 2

served or required to be served in connection with any such matter be served on AEG and Holme Roberts & Owen, attorneys for AEG, at the address listed below and that, pursuant to Bankruptcy rules 2002(g) and 9007, the following be added to the Court's master mailing list:

> Meryl Macklin, Esq.
> Holme Roberts & Owen, LLP
> 560 Mission Street, 25th Floor
> San Francisco, CA 94105
> meryl.macklin@hro.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint dismissal, hearing, motion, pleading, plan, disclosure statement or request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any rights including: (i) AEG's right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) AEG's right to a jury trial in any proceeding; (iii) AEG's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which AEG is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments AEG expressly reserves. AEG does not, by filing this Request, submit to the jurisdiction of this Court, or any other Court, in this case.

Dated: July 14, 2008

HOLME ROBERTS & OWEN LLP

By: Meryl Macklin
Meryl Macklin
Attorneys for AEG Facilities, Inc.

2

Amended Request for Special Notice
In re BDB MANAGEMENT III, LLC
Case No. 08-31002

#38302 v2