RICHARD S. BERGER (State Bar No. 40672)
RODGER M. LANDAU (State Bar No. 151456)
LANDAU & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Counsel for John Goyak

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BDB MANAGEMENT III, LLC<br><br>Debtor. | Bk. No. 08-31002-TEC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002 and 9010(b), John Goyak ("Goyak") hereby requests that all notices given or required to be given and all papers served in this Chapter 11 case be delivered to and served upon its counsel as follows:

Richard S. Berger, Esq.
Landau & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
rberger@lblawllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices required to be given and the papers required to be served by the provisions of title 11 of the United States Code and/or the Federal Rules of Bankruptcy Procedure, but also, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or

LANDAU & BERGER
LLP

demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, e-mail or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice Of Appearance And Request For Special Notice is not intended to be, nor shall it be deem as, a waiver of Goyak's (1) right to have final orders in non-core matters entered only after *de novo* review; (2) right to a trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, privileges, claims, actions, defenses, setoffs and/or recoupments to which Goyak is or may be entitled under agreements, in law or in equity, all of which rights, privileges, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: June ⁯, 2008

LANDAU & BERGER LLP
RICHARD S. BERGER
RODGER M. LANDAU

By:_____
Richard S. Berger
Attorneys for John Goyak

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I, the undersigned, declare that I am a resident of the State of California, over the age of 18 and not a party to the within action. I am employed by Landau & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, California 90067. On 7-17-08, I served the document(s) entitled

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

_X_ **BY MAIL**: by depositing the document(s) listed above in a sealed envelope with postage prepaid in the United States mail at Los Angeles, California, addressed to the person(s) at the address(es) set forth below and/or on the attached list. I am readily familiar with Landau & Berger LLP's practice of collection and processing documents for mailing. Under that practice, in the ordinary course of business all documents are deposited with the United States Postal Service on the day they are prepared for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service.

___ **BY FAX**: by transmitting via facsimile the document(s) listed above addressed to the person(s) at the fax number(s) set forth below and/or on the attached list. The transmission was reported as complete, and no error was reported by the facsimile machine.

___ **BY OVERNIGHT DELIVERY**: by placing the document(s) listed above in a sealed envelope or package designated by the specified overnight delivery service with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below and/or on the attached list and deposited same in a box or other facility regularly maintained by that overnight delivery service or delivered same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

___ **BY HAND**: by placing the document(s) listed above in a sealed envelope and personally delivering the document(s) listed above to the person(s) at the address(es) set forth below and/or on the attached list.

___ **BY PERSONAL DELIVERY**: by placing the document(s) listed above in a sealed envelope and causing personal delivery thereof to be made by _____ to the person(s) at the address(es) set forth below and/or on the attached list.

See attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-17-08, at Los Angeles, California.

_____
Victoria Edwards

| | |
|---|---|
| 1 | BDB Management III, LLC<br>3000 Sand Hill Rd. |
| 2 | Building 1, Suite 240<br>Menlo Park, CA 94025 |
| 3 | |
| 4 | Office of the U.S. Trustee<br>235 Pine St.<br>Suite 700 |
| 5 | San Francisco, CA 94104 |
| 6 | Judith Whitman<br>Diemer Whitman and Cardosi |
| 7 | 75 E. Santa Clara St.<br>San Jose, CA 95113 |
| 8 | |

LANDAU & BERGER LLP