1  WAYNE A. SILVER, Esq. (108135)
2  333 West El Camino Real, Suite 310
   Sunnyvale, California 94087
3  Tel. (408) 720-7007
   Fax. (408) 720-7001
4  email: w_silver@sbcglobal.net

5  Attorney for Interested Parties:
6  Michael Aymar, Ward T. Bell, Gary T. Cook, Paul Davis, Bryan Dziedziak, Perefrine Asset
   Group, Inc. (Bob Gale as Trustee), John K. Goyak, Ken Hartstein, Mike Kedell, Rene
7  Marasigan, Mayo Family Revocable Trust, Cesar M. Mayo IRA, Michael A. Nicholas (Irvin
   Nicholas as Trustee), Lisa B. Orlandi Living Trust, Lindsey Bianca Orlandi Gift Trust (Lisa B.
8  Orlandi as Trustee), Lauren Bella Orlandi Gift Trust (Lisa B. Orlandi as Trustee), Richard
9  Alexander Orlandi Gift Trust, ROMO, LP (Richard Orlandi as Trustee), Barbara Perkins, Peter
   Silvani, Thornhill Living Trust dated 10/08/98 (Gary Thornhill as Trustee), and Wirth 1984
10 Revocable Trust (Mary Thornhill as Trustee), Andrew Arata, Daniel Arata, Don Arata Nicholas
   Arata, Bachelor Living Trust, Brothers Living Trust (Stephen Brothers as Trustee), Cook
11 Family Trust (Gary T. Cook as Trustee), Economic Concepts (Ken Hartstein as Trustee), Fat
12 Cat Intl. (Steven Gould as Trustee), Kedell Family Trust (Mike Kedell as Trustee), K-Fab, Inc.
   (Mike Kedell as Trustee), Ron Laupheimer 401K PSP, Misser Irrevocable Trust (Linda Misser
13 as Trustee), Diana Pacheco, Pat San Juan Living Trust, Susan Suttle Living Trust, Ron Wills,
   Donna Wills, Richard Roberts, WTB Limited Partnership I (Ward T. Bell as Trustee),
14 WTKBJT, LLC (Ward T. Bell as Trustee), WTBA Profit Sharing Plan (Ward T. Bell as
15 Trustee), ECI Investment Advisors Inc. DBPP (Ken Hartstein as Trustee), and ECI Pension
   Services LLC DBPP (Ken Hartstein as Trustee).
16

17                    **UNITED STATES BANKRUPTCY COURT**
18
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

20 In re:                              )  Case No.: 08-31002
                                       )  (Chapter 11)
21 BDB MANAGEMENT III, LLC             )
                                       )  **NOTICE OF APPEARANCE AND**
22         Debtor-in-possession.       )  **REQUEST FOR SPECIAL NOTICE**
                                       )
23 _____    )

24

25         Pursuant to Bankruptcy Rule 2002(g), Interested Parties Michael Aymar, Ward T. Bell, Gary
26 T. Cook, Paul Davis, Bryan Dziedziak, Perefrine Asset Group, Inc. (Bob Gale as Trustee), John K.
27 Goyak, Ken Hartstein, Mike Kedell, Rene Marasigan, Mayo Family Revocable Trust, Cesar M.
28 Mayo IRA, Michael A. Nicholas (Irvin Nicholas as Trustee), Lisa B. Orlandi Living Trust, Lindsey

                                  Page 1
Notice Of Appearance And Request For Special Notice

1    Bianca Orlandi Gift Trust (Lisa B. Orlandi as Trustee), Lauren Bella Orlandi Gift Trust (Lisa B.

2    Orlandi as Trustee), Richard Alexander Orlandi Gift Trust, ROMO, LP, Barbara Perkins, Peter

3    Silvani, Thornhill Living Trust dated 10/08/98 (Gary Thornhill as Trustee), and Wirth 1984

4    Revocable Trust (Mary Thornhill as Individual and Successor in Interest), Don Arata, (Don Arata as

5    Trustee for Nicholas Arata, Andrew Arata, and Daniel Arata), Bachelor Living Trust, Brothers

6    Living Trust (Stephen Brothers as Trustee), Cook Family Trust (Gary T. Cook as Trustee),

7    Economic Concepts (Ken Hartstein as Trustee), Fat Cat Intl. (Steven Gould as Trustee), Kedell

8    Family Trust (Mike Kedell as Trustee), K-Fab, Inc. (Mike Kedell as Trustee), Ron Laupheimer

9    401K PSP, Misser Irrevocable Trust (Linda Misser as Trustee), Diana Pacheco, Pat San Juan Living

10    Trust, Susan Suttle Living Trust, Ron Wills, Donna Wills, Richard Roberts, WTB Limited

11    Partnership I (Ward T. Bell as Trustee), WTKBJT, LLC (Ward T. Bell as Trustee), WTBA Profit

12    Sharing Plan (Ward T. Bell as Trustee), ECI Investment Advisors Inc. DBPP (Ken Hartstein as

13    Trustee), and ECI Pension Services LLC DBPP (Ken Hartstein as Trustee) hereby appear and

14    request that the undersigned attorney be added to the official mailing matrix and service lists for the

15    above-captioned Case. All pleadings, motions, notices, and other papers, filed and/or served in the

16    above-captioned Case, should be served as follows:

17    WAYNE A. SILVER, Esq.

18    333 W. El Camino Real, Suite 310
Sunnyvale, California 94807

19

20    Dated: July 23, 2008

21                               /s/ Wayne A. Silver
                              Wayne A. Silver, Attorney for Creditors

22

23

24

25

26

27

28

Notice Of Appearance And Request For Special Notice

Case: 08-31002   Doc# 54   Filed: 07/25/08   Entered: 07/25/08 10:32:14   Page 2 of 2